# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:23-cr-00052 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| NICHOLAS WHITACRE, | : | |
| Defendant. | : | |

## ORDER TRANSFERRING REFERENCE

This case is hereby ordered to be transferred from Magistrate Judge Peter B. Silvain, Jr. to Magistrate Judge Caroline H. Gentry.

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge